# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EVOLVED WIRELESS, LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> HTC CORPORATION and ) <br> HTC AMERICA, INC., ) <br> ) <br> Defendants. ) | C.A. No. 15–543–JFB–SRF |
| EVOLVED WIRELESS, LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MOTOROLA MOBILITY LLC, ) <br> ) <br> Defendant. ) | C.A. No. 15–544–JFB–SRF |
| EVOLVED WIRELESS, LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SAMSUNG ELECTRONICS CO., LTD. ) <br> and SAMSUNG ELECTRONICS ) <br> AMERICA, INC., ) <br> ) <br> Defendants. ) | C.A. No. 15–545–JFB–SRF |

| | |
|---|---|
| EVOLVED WIRELESS, LLC,<br><br>                    Plaintiff,<br><br>              v.<br><br>ZTE (USA) INC.,<br><br>                    Defendant. | )<br>)<br>)<br>)<br>)<br>)  C.A. No. 15–546–JFB–SRF<br>)<br>)<br>)<br>)<br>)<br>) |
| EVOLVED WIRELESS, LLC,<br><br>                    Plaintiff,<br><br>              v.<br><br>MICROSOFT CORPORATION, MICROSOFT MOBILE OY, AND NOKIA INC.<br><br>                    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  C.A. No. 15–547–JFB–SRF<br>)<br>)<br>)<br>)<br>) |

**EVOLVED WIRELESS, LLC'S NOTICE PURSUANT TO FEDERAL CIRCUIT RULE 25.1(c)**

Pursuant to Federal Circuit Rule 25.1(c), Plaintiff Evolved Wireless, LLC ("Evolved") notifies the Court that third parties LG Electronics, Inc. and Qualcomm Inc. have agreed to waive confidentiality over certain materials previously designated as confidential pursuant to the protective orders in these cases. Those materials have been included in the non-confidential joint appendix filed with the Federal Circuit in the appeals from the final judgments in these cases. A copy of the non-confidential joint appendix is attached as Exhibit A.

Dated: September 3, 2020	Respectfully submitted,

FARNAN LLP

/s/ Brian E. Farnan
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 N. Market Street, 12th Floor
Wilmington, Delaware 19801
(302) 777-0300
(302) 777-0301
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

Eric M. Albritton
Andrew J. Wright
Christopher G. Granaghan
NELSON BUMGARDNER ALBRITTON P.C.
3737 W. 7th St., Suite 300
Fort Worth, TX 76107
Tel: (817) 377-9111

*Counsel for Plaintiff Evolved Wireless, LLC*